**Order entered October 17, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00958-CV

### LAKEITH AMIR-SHARIF, Appellant

### V.

### TEXAS DEPARTMENT OF FAMILY & PROTECTIVE SERVICES, Appellee

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-09-7655**

## ORDER

We **GRANT** appellee's October 16, 2014 second motion for an extension of time to file a brief. We order the brief tendered to this Court by appellee on October 16, 2014 filed as of that date.

/s/    ADA BROWN
         JUSTICE